IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Linda L. Ranallo,<br><br>Plaintiff,<br><br>vs.<br><br>Media Loft, Inc.,<br>a Minnesota corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 00-CV-227 DSD/JMM<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

---

Based upon the Stipulation of Dismissal with Prejudice filed by the parties to this matter,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice and without any fees or costs to any party.

Dated this 3rd day of August, 2000.

United States District Court Judge

LET JUDGMENT BE ENTERED ACCORDINGLY.

GP:589419 v3

FILED AUG 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD AUG 08 2000
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Linda L. Ranallo,<br><br>Plaintiff,<br><br>vs.<br><br>Media Loft, Inc.,<br>a Minnesota corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 00-CV-227<br>DSD/JMM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

---

WHEREAS, the above action has been fully compromised and settled,

NOW THEREFORE, it is hereby stipulated and agreed, by and between Plaintiff Linda L. Ranallo and Defendant The Media Loft, Inc., through their respective counsel, that the above-entitled action, together with all causes of action and claims which were or which might have been alleged therein, is dismissed with prejudice and on the merits, but without any fees or costs to any party.

Dated: 8/03/00, 2000.

WILLIAM M. DICKEL

By [signature]
William M. Dickel (#22603)
1055 East Wayzata Boulevard
Suite 300
Wayzata, MN 55391
Telephone: (612) 475-1515
Telecopier: (612) 475-0311

ATTORNEY FOR PLAINTIFF

FILED ________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: 8/8/00.

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By [signature]
Judith Bevis Langevin (#36092)
Kristyn A. Garofalo (#267752)
Attorneys for Defendant Media Loft, Inc.
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800
Facsimile: (612) 333-0066

GP:589419 v3